UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD ELLIS, | No. C 10-4197 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| VINCE CULLEN, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Gregory Ott, the court GRANTS respondent's request. (Docket # 11.) Respondent must file and serve his response to the petition no later than **November 4, 2011**. Petitioner must file and serve his traverse no later than **December 9, 2011.**

IT IS SO ORDERED.

DATED: September 15, 2011

SUSAN ILLSTON
United States District Judge