UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD E. ELLIS,<br><br>    Petitioner,<br><br>  v.<br><br>VINCE CULLEN, Warden,<br><br>    Respondent.<br>                                  / | No. C 10-4197 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 10, 2012

                                                                                      SUSAN ILLSTON<br>
                                                                                      United States District Judge