UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD E. ELLIS, | No. C 10-4197 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| VINCE CULLEN, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 10, 2012

_____
SUSAN ILLSTON
United States District Judge